# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, By and Through J.E.W., His Guardian Ad Litem, <br><br> Plaintiff, <br><br> v. <br><br> FRESNO UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | 1:07cv01625 AWI DLB <br><br> ORDER GRANTING PETITION TO APPOINT GUARDIAN AD LITEM <br><br> (Document 2) |

The petition seeking to appoint J.E.W. as Guardian Ad Litem for Plaintiff J.W., a minor, is GRANTED.

IT IS SO ORDERED.

Dated:   **November 21, 2007**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1