1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, By and Through J.E.W., His Guardian Ad Litem, | 1:07cv01625 AWI DLB |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND TIME |
| v. | (Document 10) |
| FRESNO UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

On December 17, 2007, the parties filed a stipulation to extend time to respond to the complaint.  The parties' stipulation is GRANTED.  Defendant Fresno Unified School District SHALL have until January 25, 2008, to file a responsive pleading.


IT IS SO ORDERED.

**Dated:   January 7, 2008          _____ /s/ Dennis L. Beck_____**
                                       UNITED STATES MAGISTRATE JUDGE

1