IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. W., a minor, By and Through J.E.W., His Guardian Ad Litem,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | 07-CV-01625-AWI-DLB<br><br>ORDER OF RECUSAL AND VACATING HEARING DATE OF MARCH 3, 2008<br><br>(Document # 19) |

　　　　Under 28 U.S.C. § 455, a judge has an affirmative duty to recuse himself "in any proceeding in which his impartiality might reasonably be questioned." Liteky v. United States, 510 U.S. 540, 548 (1994). If "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned," then recusal is appropriate. See United States v. Hernandez, 109 F.3d 1450, 1453 (9th Cir. 1997); United States v. Studley, 783 F.2d 934, 939 (9th Cir. 1986).

　　　　It has been brought to the attention of the Court that this judge is personally acquainted with certain witnesses involved in the case. This judge is satisfied that any such personal acquaintanceships would not affect this judge's impartiality or the outcome of the case. Nonetheless, this judge concludes that because of these personal acquaintanceships, this judge's impartiality might reasonably be questioned.

Therefore, pursuant to 28 U.S.C. § 455(a), the undersigned HEREBY DISQUALIFIES himself from this case.

Additionally, currently pending before the Court is Defendant's Rule 12(b)(6) motion to dismiss and Rule 12(e) motion for more definite statement. The motions are set for hearing before the undersigned on March 3, 2008. Given the above recusal, the hearing on the motions will be VACATED. Upon reassignment of this case, the parties should request a new hearing date from the newly assigned District Judge.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to randomly reassign this action to another District Court Judge;
2. The hearing date of March 3, 2008, on Defendant's motion to dismiss and motion for more definite statement is VACATED.

IT IS SO ORDERED.

**Dated:   February 13, 2008**              /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE