1

LAW OFFICES OF
BENNETT & SHARPE, INC.

2

Barry J. Bennett 69697
Thomas M. Sharpe 109147

3

2444 Main Street Suite 110
Fresno, CA 93721

4

Telephone: (559) 485-0120
Facsimile: (559) 485-5823

5

6

Attorneys for Student, J.W.

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

J. W., a minor, By and Through

12

his parents J.E.W. and J.A.W.,

13

Plaintiff,

14

v.

15

FRESNO UNIFIED SCHOOL DISTRICT,

16

Defendant.

17

18

19

CASE NO.  07-CV-01625

STIPULATION AND ORDER
CONTINUING DEFENDANT'S MOTION TO
DISMISS

DATE:  March 13, 2008
TIME:  8:30 a.m.
LOCATION:  Courtroom 4
JUDGE:  Hon. Lawrence J. O'Neill

CONTINUED DATE:  April 2, 2008
TIME:  8:30 a.m.
LOCATION: Courtroom 4
JUDGE:  Hon. Lawrence J. O'Neill

20

21

Subject to the approval and order of this Court, it is hereby stipulated and agreed by and

22

between the parties hereto through their respective counsel that Defendant's Motion to Dismiss

23

now scheduled for March 13, 2008, be continued to April 2, 2008, at 8:30 a.m.

24

25

1

IT IS SO STIPULATED:

DATED: March 6, 2008                 MILLER BROWN & DANNIS


By:<u>//s// AMY R. LEVINE</u>
    Attorneys for Defendant
    Fresno Unified School District


DATED:  March 6, 2008                LAW OFFICES OF
                                     BENNETT & SHARPE, INC.


By:<u>//s// BARRY J. BENNETT</u>
    Attorneys for Plaintiff
    J.W., a minor, by and Through his
    Parents J.E.W. and J.A.W.

ORDER


IT IS SO ORDERED.

DATED: March 6, 2008          _s/ Lawrence J. O'Neill_____
                              JUDGE OF THE UNITED STATES DISTRICT COURT

STIPULATION AND ORDER CONTINUING
MOTION TO DISMISS