1

LAW OFFICES OF
BENNETT & SHARPE, INC.

2

Barry J. Bennett 69697
Thomas M. Sharpe 109147

3

2444 Main Street Suite 110
Fresno, CA 93721

4

Telephone: (559) 485-0120
Facsimile: (559) 485-5823

5

Attorneys for Student, J.W.

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11

J. W., a minor, By and Through

12

   his parents J.E.W. and J.A.W.,

13

       Plaintiff,

14

v.

15

FRESNO UNIFIED SCHOOL DISTRICT,

16

     Defendant.

17

18

19

CASE NO.  07-CV-01625

STIPULATION AND ORDER
CONTINUING MANDATORY
SCHEDULING CONFERENCE

DATE:  April 30, 2008
TIME:  8:15 a.m.
LOCATION:  Courtroom 4
JUDGE:  Hon. Lawrence J. O'Neill

CONTINUED DATE:  May 12, 2008
TIME:  8:15 a.m.
LOCATION: Courtroom 4
JUDGE:  Hon. Lawrence J. O'Neill

20

21

     Subject to the approval and order of this Court, it is hereby stipulated and agreed by and

22

between the parties hereto through their respective counsel that the Mandatory Scheduling

23

Conference now scheduled for April 30, 2008, at 8:15 a.m., be continued to May 12, 2008, at

24

8:15 a.m., Courtroom 4.

25

1

STIPULATION AND ORDER CONTINUING
MANDATORY SCHEDULING CONFERENCE

1    IT IS SO STIPULATED:

2    DATED: March 6, 2008                           MILLER BROWN & DANNIS

3

4
                                                    By://s// AMY R. LEVINE
5                                                       Attorneys for Defendant
                                                        Fresno Unified School District
6

7
     DATED:  March 6, 2008                          LAW OFFICES OF
8                                                   BENNETT & SHARPE, INC.

9
                                                    By://s// BARRY J. BENNETT
10                                                     Attorneys for Plaintiff
                                                       J.W., a minor, by and Through his
11                                                     Parents J.E.W. and J.A.W.

12

13                                 ORDER

14

15       IT IS SO ORDERED.

16
     DATED:  March 6, 2008              /s/ Lawrence J. O'Neill
17                                      JUDGE OF THE UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

STIPULATION AND ORDER CONTINUING
MANDATORY SCHEDULING CONFERENCE