LAW OFFICES OF
BENNETT & SHARPE, INC.
Barry J. Bennett 69697
Thomas M. Sharpe 109147
Elaine M. Yama 182210
2444 Main Street Suite 110
Fresno, CA 93721
Telephone: (559) 485-0120
Facsimile: (559) 485-5823

Attorneys for Student, J.W.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, By and Through his parents J.E.W. and J.A.W., <br><br>Plaintiff, <br><br>v. <br><br>FRESNO UNIFIED SCHOOL DISTRICT, <br><br>Defendant. | CASE NO.  07-cv-01625-LJO-DLB <br><br>STIPULATION AND ORDER CONTINUING  HEARING AND FILING DATES <br><br>DATE: October 16, 2008 <br>TIME:  8:30 a.m. <br>LOCATION:  Courtroom 4 <br>JUDGE:  Hon. Lawrence J. O'Neill <br><br>PROPOSED CONTINUED DATE:  November 17, 2008 <br>TIME:  8:30 a.m. <br>LOCATION: Courtroom 4 <br>JUDGE:  Hon. Lawrence J. O'Neill |

Subject to the approval and order of this Court, it is hereby stipulated and agreed by and between the parties hereto through their respective counsel that the hearing on Defendant FRESNO UNIFIED SCHOOL DISTRICT's, Motion for Judgment on the Pleadings, previously set for October 16, 2008, shall be continued to November 17, 2008 at 8:30.  It is further stipulated that Plaintiff, J.W.'s responsive pleading may be filed and

1

STIPULATION AND ORDER CONTINUING
HEARING AND FILING DATES

served no later than October 16, 2008.   Defendant's reply brief may be filed and served no later than November 7, 2008.

The reason for this Stipulation is that Barry J. Bennett, one of the attorneys in this office who is familiar with this matter, underwent open-heart by-pass surgery on September 5, 2008, and is expected to be in recuperation for approximately five or six weeks.  Attorney Elaine M. Yama, the other attorney in this office familiar with this matter, had to leave her office on Friday, September 19, 2008, to attend to and care for her mother, who was subsequently hospitalized in connection with a serious medical condition.  As of the date of this Stipulation, Ms. Yama's mother remains hospitalized.

IT IS SO STIPULATED:

DATED: September 24, 2008                    MILLER BROWN & DANNIS


By: //s// AMY LEVINE_____
    Attorneys for Defendant
    Fresno Unified School District

DATED:  September 24, 2008                   LAW OFFICES OF
                                             BENNETT & SHARPE, INC.


By: //s//THOMAS M. SHARPE_____
    Attorneys for Plaintiff
    J.W., a minor, by and Through his
    Parents J.EW. and J.A.W.

ORDER

IT IS SO ORDERED.

DATED: September 24, 2008        __/s/ Lawrence J. O'Neill_____
                                 JUDGE OF THE UNITED STATES DISTRICT COURT

2

STIPULATION AND ORDER CONTINUING
HEARING AND FILING DATES