# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, by and through his parents J.E.W. and J.A.W., <br><br> Plaintiff, <br><br> vs. <br><br> FRESNO UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. CV F 07-1625 LJO DLB <br><br> **ORDER TO SET FURTHER STATUS CONFERENCE** |

Having considered the parties stipulation to stay all dates of the scheduling order, and the parties' request for a status conference, and finding good cause therefore, this Court ORDERS:

1. All dates in this matter be stayed, including but not limited to, the date to lodge the administrative record and all responsive pleadings concerning Defendant Fresno Unified School District's Motion for Judgment on the Pleadings;

2. The motion hearing currently set for November 17, 2008 is vacated and will be re-set at the status conference;

3. A status conference is scheduled for November 5, 2008 at 8:30 a.m. in Courtroom 4 (LJO) to revise the Court's Scheduling Conference Order; and

4. The parties will provide the Court with a proposed Joint Scheduling Statement seven (7) days prior to the requested Status Conference, setting forth the parties proposed revised dates.

IT IS SO ORDERED.

**Dated:** October 15, 2008          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE