SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
TRACY L. TIBBALS, State Bar No. 63011
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, By and Through his parents J.E.W. and J.A.W., <br><br>Plaintiff, <br><br>v. <br><br>FRESNO UNIFIED SCHOOL DISTRICT, <br><br>Defendant. | Case No. 07-CV-01625 LJO-DLB <br><br>**STIPULATION RE ADMINISTRATIVE RECORD AND REQUEST TO FILE RECORD UNDER SEAL (LR 39-141)** |

The parties hereto, by and through their attorneys of record, hereby stipulate to the following regarding the partial Administrative Record, lodged concurrently herewith, and request that the Administrative Record be filed under seal. At this time, the parties are lodging only the Documentary Evidence and the Pleadings of the Administrative Hearing. The parties anticipate lodging the hearing transcripts by November 26, 2008, which delay has been necessitated by the fact that it was discovered that the electronic versions of several of the transcripts provided to the parties by Foothill Transcription Service were corrupted, requiring time consuming electronic recreation of each of those transcripts, as set forth below.

## I. Hearing Transcripts

The ten transcripts covering the dates of hearing before the Office of Administrative Hearings ("OAH") on May 14, 2007, May 30, 2007, May 31, 2007, June 1, 2007, June 5, 2007, June7, 2007, June 8, 2007, June 11, 2007, June 12, 2007, and June 26, 2007 which were contained in the Administrative Record forwarded to the parties by OAH contained many instances of "inaudible" and/or "sotto voce" designations in place of actual testimony, and in some instances, testimony was completely missing from the transcripts. Counsel for both parties agreed that the CD audio tapes provided by OAH should be listened to in order to determine if the actual testimony could be ascertained where designated as "inaudible" and/or "sotto voce," and whether any testimony might be missing. Based upon the parties' thorough review of the audio tapes, they have stipulated that corrections to the transcripts will be made. Corrections have been made to several transcripts, but the parties have agreed that it would be more convenient to the Court and the parties to lodge the transcripts after corrections have been completed to all transcripts, in order to present them in a chronological fashion with consecutive Bates numbers.

## II. Documentary Evidence

At the hearing conducted before the Office of Administrative Hearings on May 30, 2007, the parties stipulated to the admission of certain of Petitioner's exhibits as joint evidence, and Respondent subsequently withdrew certain of Respondent's exhibits from the record as duplicative. The parties therefore stipulate that the Documentary Evidence identified in the Administrative Record submitted herewith is the evidence submitted at hearing.

## III. Request to File Administrative Record Under Seal

Pursuant to Local Rule 39-141 and the Judicial Conference Policy on Privacy, the parties request the Administrative Record be filed under seal to protect the privacy rights of the minor student J.W. The record is replete with personal data identifiers and records regarding the minor student which are too voluminous to be redacted.

///

///

2

1  IT IS SO STIPULATED:

2

3  DATED: November 19, 2008                MILLER BROWN & DANNIS

4

5
                                           By:    /s/ Amy R. Levine
6                                                 AMY R. LEVINE
                                                  Attorneys for Defendant
7                                                 FRESNO UNIFIED SCHOOL
                                                  DISTRICT
8

9  DATED: November 19, 2008                LAW OFFICES OF
                                           BENNETT & SHARPE, INC.
10

11
                                                  /s/
12                                         ELAINE YAMA, Attorneys for Plaintiff
                                           J.W., a minor, by and Through his Parents
13                                         J.E.W. and J.A.W.

14

15

...

28
                                           3

STIPULATION RE ADMINISTRATIVE RECORD AND REQUEST TO FILE RECORD UNDER SEAL;
CASE NO. 1:07-CV-1625

SF 343164v1

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

## ORDER

Having considered the foregoing Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the partial Administrative Record, lodged concurrently with this Stipulation, be filed **UNDER SEAL.** All subsequent portions of the record lodged in this case shall also be filed **UNDER SEAL.**

Date: Nov 24, 2008

United States District Judge

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

SF 343164v1

4

STIPULATION RE ADMINISTRATIVE RECORD AND REQUEST TO FILE RECORD UNDER SEAL;
CASE NO. 1:07-CV-1625