# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, by and through his parents J.E.W. and J.A.W.,<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO UNIFIED SCHOOL DISTRICT,<br><br>Defendant.<br>_____/ | CASE NO. CV F 07-1625 LJO DLB<br><br>**SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Claim I schedule<br>Motion Filing:  January 12, 2009<br>Opposition:  January 26, 2009<br>Reply:  February 5, 2009<br>Hearing Date:  February 12, 2009<br>Time:  8:30 a.m.<br>Court:  4 (LJO) |

The parties agree to resolution of Plaintiff's IDEA claim through summary judgment. The Court confirms the following briefing schedule for this Fed. R. Civ. P. 56 motion, originally set in the Amended Scheduling Conference Order, filed October 30, 2008, as amended (Doc. 60):

1. No later than **January 12, 2009**, the parties shall file and serve a Joint Statement of Undisputed Facts. Each party shall file and serve a Separate Statement of Disputed Facts with its initial brief, in accordance with the schedule below.

2. Plaintiff shall file and serve his motion no later than **January 12, 2009;**

3. Defendant shall file and serve its opposition no later than **January 26, 2009**;

4. Plaintiff shall file and serve his reply no later than **February 5, 2009**;

5. A hearing on this motion, if necessary, is scheduled for **February 12, 2009 at 8:30 a.m.** in Courtroom 4 (LJO).

IT IS SO ORDERED.

**Dated:   December 19, 2008**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE