LAW OFFICES OF
BENNETT & SHARPE, INC.
Barry J. Bennett 69697
Thomas M. Sharpe 109147
Elaine M. Yama 182210
2444 Main Street Suite 110
Fresno, CA 93721
Telephone: (559) 485-0120
Facsimile: (559) 485-5823

Attorneys for Student, J.W.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, By and Through<br><br>his parents J.E.W. and J.A.W.,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.  07-cv-01625-LJO-DLB<br><br>STIPULATION AND ORDER CONTINUING  HEARING AND FILING DATES REGARDING FED. R. CIV. P. 56 MOTION<br><br>DATE: February 12, 2009<br>TIME:  8:30 a.m.<br>LOCATION:  Courtroom 4<br>JUDGE:  Hon. Lawrence J. O'Neill<br><br>**CONTINUED DATE :<br>March 12, 2009<br>TIME:  8:30 a.m.<br>LOCATION: Courtroom 4<br>JUDGE:  Hon. Lawrence J. O'Neill** |

    Subject to the approval and order of this Court, it is hereby stipulated and agreed by and between the parties hereto through their respective counsel that the hearing on Plaintiff J.W.'s Fed. R. Civ. P. 56 Motion for Summary Judgment, previously set for February 12, 2009, shall be continued to **March 12, 2009 at 8:30.**  It is further stipulated that the Summary Judgment

1

STIPULATION AND ORDER CONTINUING
HEARING AND FILING DATES

Briefing Schedule, filed on December 23, 2008 (Doc. 72.), be amended as follows:

1. No later than **January 26, 2009**, the parties shall file and serve a Joint Statement of Undisputed Facts. Each party shall file and serve a Separate Statement of Disputed Facts with its initial brief, in accordance with the schedule below.

2. Plaintiff shall file and serve his motion no later than **January 26, 2009;**

3. Defendant shall file and serve its opposition no later than **February 23, 2009**;

4. Plaintiff shall file and serve his reply no later than **March 2, 2009**;

5. A hearing on this motion, if necessary, is scheduled for **March 12, 2009, at 8:30 a.m.** in Courtroom 4 (LJO).

The reason for this Stipulation is that the parties believe additional time is necessary to develop the Joint Statement of Undisputed Facts as required by this Court, pursuant to its order of December 23, 2008. This matter consists of 3985 pages of pleadings, documentary evidence, and hearing transcripts involving 23 witnesses throughout a nine day hearing. The issues involve a three year time frame. (Declaration of E. Yama, ¶7.)

Based on the voluminous administrative record and the extent of the issues, the parties are requesting additional time to prepare the necessary Statements of Disputed and Undisputed Facts.

         IT IS SO STIPULATED:

DATED: January 7, 2009                            MILLER BROWN & DANNIS


                                                  By: //s// AMY LEVINE_____
                                                      Attorneys for Defendant
                                                      Fresno Unified School District

/ / / /

/ / / /

2

STIPULATION AND ORDER CONTINUING
HEARING AND FILING DATES

DATED: January 7, 2009           LAW OFFICES OF
                                 BENNETT & SHARPE, INC.


                                 By: //s//ELAINE M. YAMA_____
                                    Attorneys for Plaintiff
                                    J.W., a minor, by and Through his
                                    Parents J.EW. and J.A.W.

**ORDER**

    IT IS SO ORDERED.

DATED: 01/07/2009           /s/ LAWRENCE J. O'NEILL_____
                            JUDGE OF THE UNITED STATES DISTRICT COURT

3

STIPULATION AND ORDER CONTINUING
HEARING AND FILING DATES