LAW OFFICES OF
BENNETT & SHARPE, INC.
Barry J. Bennett 69697
Thomas M. Sharpe 109147
Elaine M. Yama 182210
2444 Main Street Suite 110
Fresno, CA 93721
Telephone: (559) 485-0120
Facsimile: (559) 485-5823

Attorneys for Student, J.W.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, By and Through his parents J.E.W. and J.A.W., <br><br> Plaintiff, <br><br> v. <br><br> FRESNO UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO.  07-cv-01625-LJO-DLB <br><br> PLAINTIFF'S NOTICE AND REQUEST LEAVE OF COURT TO EXTEND PAGE LIMITATION <br><br><br> DATE:  March 12, 2009 <br> TIME:  8:30 a.m. <br> LOCATION:  Courtroom 4 <br> JUDGE:  Hon. Lawrence J. O'Neill |

   Subject to the approval and order of this Court, Plaintiff respectfully seeks to obtain leave of Court to extend the page limitation for Plaintiff's Motion for Summary Judgment. Plaintiff's Motion is due on January 26, 2009, and is requesting that he be allowed to extend the page limitation from 25 pages to 35 pages.

   The reason for this request is that this matter consists of 3985 pages of pleadings, documentary evidence, and hearing transcripts involving 23 witnesses throughout a nine day

1

1  hearing.  The issues involve a three year time frame.  (Declaration of E. Yama, ¶3.)

2         Based on the voluminous administrative record and the extent of the issues, Plaintiff

3  respectfully requests an extension of the page limitation to 35 pages.

4

5  DATED: January 20, 2009                    LAW OFFICES OF
                                              BENNETT & SHARPE, INC.
6

7                                             By:  //s//ELAINE M. YAMA_____
                                                 Attorneys for Plaintiff
8                                                J.W., a minor, by and Through his
                                                 Parents J.EW. and J.A.W.
9

10                        **ORDER**

11

12        IT IS SO ORDERED.

13
   DATED: January 21, 2009         /s/ LAWRENCE J O'NEILL_____
14                                 JUDGE OF THE UNITED STATES DISTRICT COURT

2

PLAINTIFF'S REQUEST LEAVE OF COURT TO
EXTEND PAGE LIMITATION