IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, by and through his parents J.E.W. and J.A.W., <br><br> Plaintiff, <br><br> vs. <br><br> FRESNO UNIFIED SCHOOL DISTRICT, <br><br> Defendant. <br> _____ / | CASE NO. CV F 07-1625 LJO DLB <br><br> **ORDER TO SET FINAL SUMMARY JUDGMENT MOTION SCHEDULE** |

Plaintiff J.W. ("plaintiff") filed an amended motion for summary judgment on February 6, 2009 pursuant to this Court's January 28, 2009 Order to Strike Plaintiff's Brief, Require Amended Brief, Administrative Record and Joint Statement ("Order")(Doc. 85). Plaintiff's summary judgment memorandum conforms to this Court's Order. In addition, the parties re-lodged the administrative record and filed a Joint Statement of Undisputed Facts, both in conformity with this Court's Order. Accordingly, this Court RESETS the summary judgment schedule as follows:

1. Defendant Fresno Unified School District ("defendant") shall file and serve its opposition no later than **March 6, 2009.** Defendant's memorandum in opposition to this motion shall not exceed 35 pages in length, excluding the cover page, table of contents, and table of authorities;

    2.      Plaintiff shall file and serve his reply no later than **March 13, 2009.**  Plaintiff's reply brief shall not exceed 15 pages; and

    3.      A hearing on this motion, if necessary, is scheduled for **March 23, 2009 at 8:00 a.m.** in Courtroom 4 (LJO).

The Court will entertain no further motions or stipulations regarding the page limits, filing date, or hearing date, without good cause.  Failure to follow this Court's orders and local rules shall result in sanctions.

IT IS SO ORDERED.

**Dated:**    February 10, 2009            **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE