**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.W., a minor, by and through his parents J.E.W. and J.A.W., | CASE NO. CV F 07-1625 LJO DLB |
| Plaintiff, | **ORDER TO AMEND SUMMARY JUDGMENT MOTION SCHEDULE** |
| vs. | |
| FRESNO UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |
| _____/ | |

Defendant Fresno Unified School District ("defendant") requests additional time to prepare an opposition to Plaintiff J.W.'s ("plaintiff") summary judgment motion. Plaintiff filed an amended motion for summary judgment on February 6, 2009 pursuant to this Court's January 28, 2009 Order to Strike Plaintiff's Brief, Require Amended Brief, Administrative Record and Joint Statement. On February 23, 2009, Plaintiff filed an amended Separate Statement of Disputed Facts pursuant to this Court's February 18, 2009 Order on Defendant's Motion to Strike Plaintiff's Separate Statement of Disputed Facts. For good cause appearing, this Court AMENDS the summary judgment schedule as follows:

1.     Plaintiff shall file and serve, no later than **February 26, 2009**, an amended motion brief that incorporates and reflects the citations and citations numbers found in Plaintiff's amended Separate Statement of Facts (Doc. 103);

1

1

2.  Defendant shall file and serve its opposition no later than **March 16, 2009.** Defendant's

2

   memorandum in opposition to this motion shall not exceed 35 pages in length, excluding

3

   the cover page, table of contents, and table of authorities;

4

2.  Plaintiff shall file and serve his reply no later than **March 30, 2009.** Plaintiff's reply

5

   brief shall not exceed 15 pages; and

6

3.  A hearing on this motion, if necessary, is scheduled for **April 6, 2009 at 8:30 a.m.** in

7

   Courtroom 4 (LJO).

8

4.  Pursuant to Judge O'Neill's standing order, courtesy copies are required for any document

9

   in excess of 25 pages.

10

11  The Court will entertain no further motions or stipulations regarding the page limits, filing date, or

12  hearing date, without good cause.  Failure to follow this Court's orders and local rules shall result in

13  sanctions.

14

15  IT IS SO ORDERED.

16  **Dated:   February 24, 2009**     **/s/ Lawrence J. O'Neill**

               UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28