1

2

3

4

5

6

7

8     **IN THE UNITED STATES DISTRICT COURT**

9     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    J.W., a minor, by and through his parents          CASE NO. CV F 07-1625 LJO DLB
      J.E.W. and J.A.W.,
12
                      Plaintiff,          _____ **CLARIFICATION** (Doc. 114)
13
              vs.
14
      FRESNO UNIFIED SCHOOL DISTRICT,
15
                      Defendant.
16    _____/

17           This Court received a "Motion for Reconsideration and Clarification" regarding its Order on

18    Plaintiff's Motion for Summary Judgment (Doc. 114).   While ostensibly titled as a motion for

19    reconsideration, the memorandum points out that at page 20, line 6, a sentence is incomplete. This Court

20    notes that in transition to the Court's docket, this sentence did appear incomplete.  Accordingly, the

21    Court issues the following CLARIFICATION:  This Court's Order on Plaintiff's Motion for Summary

22    Judgment of IDEA Claim (Doc. 113), page 20, lines 5-6 **shall read**: "Accordingly, the ALJ **did not err**

23    to find that District provided Student a FAPE for the 2003-2004 school year, based on the Student's

24    unwarranted objections to the ALJ's weight of the evidence."

25    IT IS SO ORDERED.

26    **Dated:    May 11, 2009**              _____ **/s/ Lawrence J. O'Neill** _____
                                             UNITED STATES DISTRICT JUDGE
27

28

                                              1