# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, by and through his parents J.E.W. and J.A.W., | CASE NO. CV F 07-1625 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| FRESNO UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

On November 8, 2007, plaintiff J.W. ("plaintiff") initiated this action against defendant Fresno Unified School District ("District"). Plaintiffs claim asserted two claims against based on:(1) the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C.§; and (2) Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. §794 ("Section 504"). On April 28, 2009, this Court denied Plaintiff's motion for summary judgment on the IDEA claim (Doc. 113). On May 15, 2009, the parties stipulated to dismiss Plaintiff's Section 504 claim without prejudice (Doc. 117). According, this Court:

1. DISMISSES Plaintiff's Section 504 claim without prejudice;
2. VACATES all pending matters, including the May 19, 2009 scheduling conference;
3. DIRECTS the clerk to close this action; and
4. ORDERS the parties, **no later than May 20, 2009**, to submit a joint proposed judgment in this matter.

IT IS SO ORDERED.

**Dated:   May 15, 2009**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1