IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W., a minor, by and through his parents J.E.W. and J.A.W., <br><br> Plaintiff, <br><br> vs. <br><br> FRESNO UNIFIED SCHOOL DISTRICT, <br><br> Defendant. <br> _____ / | CASE NO. CV F 07-1625 LJO DLB <br><br> **JUDGMENT** |

Plaintiff J.W., by and through his parents J.E.W. and J.A.W. ("plaintiff") initiated this action against defendant Fresno Unified School District ("defendant") on November 8, 2007. Plaintiff asserted two claims against defendant: (1) violation of the Individuals with Disability Act, 20 U.S.C. §1400 *et seq*. ("IDEA") and (2) violation of Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. §794 ("Section 504"). On May 15, 2009, the Court denied plaintiff's partial summary judgment motion, and dismissed with prejudice his IDEA claim. Thereafter, the parties stipulated to dismiss without prejudice plaintiff's Section 504 claim on May 15, 2009. This Court entered an order to dismiss the Section 504 claim and close this action on May 15, 2009.

With no claims remaining, this Court ORDERS, ADJUDGES and DECREES that:

1. JUDGMENT shall be entered on the First Claim (IDEA) in favor of defendant and against plaintiff, and

2. defendant shall recover its costs.

IT IS SO ORDERED.

**Dated: May 21, 2009**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1